IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 23-cv- 3347 |
| v. | ) ) |
| JANICE AUGUSTINE, | ) ) |
| Defendant. | ) ) |

## COMPLAINT

Plaintiff, the United States of America, through its undersigned attorneys, alleges the following against Janice Augustine:

## INTRODUCTION

1. The United States of America brings this action for a permanent injunction and other equitable relief pursuant to 18 U.S.C. § 1345, to enjoin the ongoing commission of criminal wire fraud in violation of 18 U.S.C. § 1343 and conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349. The United States seeks to prevent continuing and substantial injury to the victims of fraud.

2. Beginning in September 2022 or earlier and continuing to the present, Defendant has conducted financial transactions with large sums of illegally obtained money in transactions designed to conceal the nature, source, location, ownership, and control of proceeds. Defendant's conduct includes knowingly receiving money obtained via fraud and then transmitting the money to other unknown fraud perpetrators. Hundreds of thousands of dollars in fraud proceeds have passed through the Defendant's bank accounts. Defendant has been advised by federal law

enforcement officers, on January 27, 2023, and May 16, 2023, that her activities are fraudulent. She has persisted in executing fraudulent financial transactions.

3.  Defendant is acting as what law enforcement refers to as a "money mule." Criminals recruit money mules to help them launder the proceeds of crime. They create distance between fraud victims and criminals, which makes it more difficult for law enforcement to trace money from source to destination. Money mules move value through a variety of methods. Some use peer-to-peer money transfer services offered by banks, such as Zelle. Others use traditional wire transfers and checks to move money. In recent years, money mules have been directed to purchase cryptocurrency through cryptocurrency ATMs and other services.

4.  Some money mules are aware that they are involved in illegal activity; others begin as unwitting participants who have been victims of romance scams or other fraud schemes. Money mules are often paid a commission for their services, or they may assist because they believe they are in a romantic relationship with the person directing their activities.

5.  When federal law enforcement becomes aware of a person who is acting as a money mule, the first step is often to send a warning letter informing the person that they are laundering illegal fraud proceeds. Agents often also conduct in-person visits to warn suspected money mules against continuing their fraudulent activities. Unfortunately, these informal contacts are not always effective.

## JURISDICTION AND VENUE

6.  The Court has jurisdiction over the cause of action alleged in this complaint pursuant to 28 U.S.C. §§ 1331 and 1345.

7.  Venue is proper in this judicial district under 28 U.S.C. § 1391(b)(1) and (2).

## PARTIES

8. Plaintiff is the United States of America.

9. Defendant Janice Augustine is an individual who resides in Waterloo, Monroe County, Illinois, which lies within this judicial district.

## FRAUDULENT SCHEME

10. At all times relevant to the allegations of this complaint, Defendant Augustine has maintained a checking account with an account number ending in 5602 and a savings account with an account number ending in 5610 at the First National Bank of Waterloo.

11. Beginning in September 2022, Defendant Augustine has engaged in an inexplicable pattern of financial transactions, including wire transfers, large cash withdrawals, and cashier's checks. She receives large electronic deposits and wire transfers into her accounts and then transfers those funds to third parties or makes cash withdrawals.

12. When interviewed by Special Agent Adam Hoberg of the Federal Bureau of Investigation on January 27, 2023, Defendant Janice Augustine reported that she met a civil engineer named Daniel Murphy on a dating website during the summer of 2022 and that she went on several dates with him.

13. Defendant Augustine stated that Murphy moved temporarily to Dubai in August 2022 to work on construction jobs there. Murphy and Augustine then began communicating through voice calls and text messages on WhatsApp. Augustine reached Murphy at phone number 909-529-6299.[1]

---

[1] This same telephone number was used two years earlier by a man claiming to be Daniel Murphy who perpetrated a romance fraud scam on a woman living in northern Illinois. That Daniel Murphy sent photographs depicting himself as a fit soldier in his 20s or 30s with tattooed

14. Defendant Augustine further reported that after Murphy told her that he was in Dubai, Murphy reported problems with his business, and asked Augustine to send him money. At first, she refused but Augustine eventually relented and sent nearly $100,000 to two associates of Murphy by cashier's check or wire.

15. During the January 27, 2023, interview, SA Hoberg told Defendant Augustine that Murphy was scamming her out of money and that she should immediately stop sending money.

16. Between September 2022 and January 2023, Defendant Augustine moved a substantial amount of money through her checking account at the First National Bank of Waterloo. The debits and credits follow:

| Statement Ending | Credits | Debits |
|---|---|---|
| 9/25/2022 | $36,761.52 | $30,023.42 |
| 10/24/2022 | $11,896.52 | $18,865.00 |
| 11/24/2022 | $29,665.80 | $26,789.46 |
| 12/26/2022 | $119,406.77 | $118,735.34 |
| 1/24/2023 | $260,198.29 | $204,114.84 |
| **TOTALS** | *$457,928.90* | *$398,528.06* |

17. On March 20, 2023, Defendant Augustine formed a limited liability company with the name Janice August LLC and registered it with the Illinois Secretary of State.

18. In April 2023, Defendant opened a new bank account for her new LLC through Mercury, a financial technology company which is partnered with Choice Financial Group.

19. From April through at least June 2023, Defendant Augustine continued her pattern of inexplicable financial transactions through Mercury, receiving money from a source in Iowa and making transfers to other accounts.

---

arms. The Daniel Murphy who contacted Janice Augustine sent photographs of a man in his 60s or 70s sporting dark-rimmed glasses.

20. On May 16, 2023, Special Agents Stacy Decker and Jason Bamvakis of the Criminal Investigation Division of the Internal Revenue Service visited Defendant at her home in Waterloo regarding the unusual financial activity she was involved in.

21. During the interview with SA Decker and SA Bamvakis, Defendant Augustine reported that she met Daniel Murphy online in July 2022 and that she met him once in St. Louis. Augustine stated that she loaned Murphy a large amount of money in the Fall of 2022 after he was sued. Augustine reported sending the money for Murphy to a woman in Iowa.

22. Defendant Augustine further told the agents that Murphy is continuing to make credit card payments to her accounts in repayment of the loans she made to him and that she does not want to terminate her relationship with him.

23. Special Agent Decker explained to Defendant that the funds she is receiving were stolen from other people. She handed Defendant a pamphlet explaining how people fall victim to becoming money mules.

24. Despite admonishments from three federal law enforcement agents, Defendant has persisted in her participation in the fraud scheme as a money mule.

### DEFENDANT'S KNOWLEDGE OF FRAUD

25. On January 27, 2023 and May 16, 2023, federal law enforcement officers notified Defendant in person that she was involved in receiving and forwarding fraud proceeds as a money mule.

### COUNT I – Injunctive Relief (18 U.S.C. § 1345)

26. The United States realleges and incorporates by reference all preceding paragraphs.

27.     By virtue of the conduct described above, Defendant violated, is violating, and is about to violate 18 U.S.C. § 1343 and 1349 by executing or conspiring to execute schemes or artifices to defraud, or for obtaining money or property by means of false or fraudulent pretenses with the intent to defraud, and in so doing, transmitting, or causing to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, writings, signs, signals, pictures, or sounds for the purpose of executing such schemes or artifices.

28.     Upon a showing that Defendant is committing or are about to commit wire fraud, conspiracy to commit wire fraud, or both, the United States is entitled, under 18 U.S.C. § 1345, to a permanent injunction restraining all future fraudulent conduct and any other action that this Court deems just in order to prevent a continuing and substantial injury to the victims of fraud.

WHEREFORE, the United States requests entry of a permanent injunction barring Defendant from engaging, participating, or assisting in any money transmitting conduct, and an order for such other and further relief as the Court shall deem just and proper.

UNITED STATES OF AMERICA

RACHELLE AUD CROWE
United States Attorney

*/s/ Adam E. Hanna*
Assistant United States Attorney
9 Executive Drive
Fairview Heights, IL 62208
618-206-3510
adam.hanna@usdoj.gov